# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. GACH, JR., and VENTURA'S RESTAURANT & PIZZERIA, LLC, | : : : | No. 1:12-cv-1557 |
| Plaintiffs, | : : | Hon. John E. Jones III |
| v. | : : | |
| FAIRFIELD BOROUGH, ROBERT STANLEY, CARROLL VALLEY BOROUGH, RON HARRIS, and RICHARD HILEMAN II, | : : : : : | |
| Defendants. | : | |

## ORDER

### February 5, 2013

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT**:

1. The Defendants Motion to Dismiss (doc. 26) is **GRANTED** in its entirety and the Plaintiffs' Amended Complaint (doc. 23) is **DISMISSED** as against all Defendants.

2. Plaintiffs are **GRANTED** leave to amend their Complaint within twenty (20) days of the date of this Order to the extent that there are facts which, if true, support their Section 1983 claim for a regulatory taking, consistent with this opinion. If the Plaintiffs do not file an

amended pleading withing twenty (20) days of the date of this Order, the Clerk of Court will close this case.

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge